# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 28, 2023

Re: Case No. 20-4303, *Harry Calcutt, III v. FDIC*
Originating Case No. : FDIC-12-568e : FDIC-13-115k

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Cathryn Lovely
Opinions Deputy

cc: Mr. John William Guarisco
Ms. Sarah M. Harris
Mr. Barry D. Hovis
Mr. John Mercer Masslon II
Mr. Trent McCotter
Mr. Robert D. Nachman
Ms. Michelle Ognibene
Mr. Michael David Pepson
Mr. Andrew John Pincus
Mr. Russell G. Ryan
Mr. Ryan Thomas Scarborough
Mr. Ilya Shapiro
Mr. William Snyderwine
Ms. Helen E. White
Ms. Jenin Younes

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 20-4303

_____

Filed: June 28, 2023

HARRY C. CALCUTT, III

    Petitioner

v.

FEDERAL DEPOSIT INSURANCE CORPORATION

    Respondent

## MANDATE

  Pursuant to the court's disposition that was filed 06/28/2023 the mandate for this case hereby issues today.

COSTS: To be recovered by Harry C. Calcutt, III

Total ....................$ $300